**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01333-CV

**ROUGH CREEK MANAGEMENT, LLC, ET AL., Appellants**

**V.**

**DONNA WEISS, INDIVIDUALLY AND AS NEXT
FRIEND OF JORDAN WEISS, A MINOR CHILD, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-05554**

## ORDER

The Court has before it appellants' May 13, 2013 unopposed motion to extend time to file

brief. We **GRANT** the motion and **ORDER** that any reply brief be filed by June 27, 2013.

/s/     ELIZABETH LANG-MIERS
JUSTICE